No. 73–1015. CROW ET AL. *v.* CALIFORNIA DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT ET AL. C. A. 9th Cir. Motion of petitioners to expedite consideration to permit consolidation with No. 73–848 [immediately *supra*] for oral argument denied.

No. 73–1016. LASCARIS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF ONONDAGA COUNTY *v.* SHIRLEY ET AL.; and

No. 73–1095. LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK *v.* SHIRLEY ET AL. Appeals from D. C. N. D. N. Y. [Probable jurisdiction noted, 417 U. S. 943.] Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 73–1106. COUSINS ET AL. *v.* WIGODA ET AL. App. Ct. Ill., 1st Dist. [Certiorari granted, 415 U. S. 956.] Motion of petitioners for additional time for oral argument denied.

No. 73–1162. UNITED STATES *v.* WILSON ET AL. C. A. 2d Cir. [Certiorari granted, 416 U. S. 981.] Motion of respondents for divided argument granted; however, no additional time granted.

No. 73–1231. LINDEN LUMBER DIVISION, SUMMER & Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 73–1234. NATIONAL LABOR RELATIONS BOARD *v.* TRUCK DRIVERS UNION LOCAL No. 413 ET AL. C. A. D. C. Cir. [Certiorari granted, 416 U. S. 955.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Respondents in No. 73–1234 also allotted 15 additional minutes for oral argument. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.